FITCH v. HYDE ET AL.

The defendants were executors of Walter Hyde and Samuel Hyde, deceased, who were joint executors of Joseph Fitch, deceased. This action was upon a note, from the first testator to the plaintiff. Plea — *non est factum*.

State v. Burrows.

The estate of Joseph Fitch, deceased, was represented insolvent, and commissioners appointed to examine the claims. The note in question was exhibited to them, as a debt against said estate; and the same defense being then made, the note was disallowed by the commissioners, on which the estate proved solvent.

The defendants' counsel now moved for the admission of those commissioners, to testify how the facts appeared on the inquiry before them.    But,

By the COURT.    (DYER, J., absent) — The opinion of the commissioners is immaterial to us; nor is it important to us, how the matter appeared before them; this court must judge from the evidence here exhibited.    If any witness who before testified, is dead, his testimony may now be given in evidence; or any confession of the plaintiff against himself — but no farther.